Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DEGUZMAN, an individual, )<br><br>    Plaintiff )<br><br>v. )<br><br>LEGAL RECOVERY LAW OFFICES, )<br>INC., a Corporation; MIDLAND )<br>FUNDING, LLC; MIDLAND CREDIT )<br>MANAGEMENT, INC. and DOES 1 )<br>through 10 inclusive, )<br><br>    Defendants. )<br>_____ ) | Case No.:  12CV2064-JM-DHB<br><br>**Joint Motion to Dismiss** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff VICTOR DEGUZMAN and Defendants LEGAL RECOVERY LAW OFFICES, INC., MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC. jointly move the Court to dismiss the entire action and all parties with prejudice.  The parties are to bear their costs and fees.

////

////

////

Respectfully submitted,

DATE: August 22, 2013          BY: ___/s/ Jeremy S. Golden_____
                                    Jeremy S. Golden,
                                    Attorney for Plaintiff Victor DeGuzman
                                    Email: Jeremy@goldencardona.com


DATE: August 22, 2013          BY: ____/s/David Cotter_____
                                    David Cotter
                                    Attorney for Defendant LRLO
                                    Email:d.cotter1@cox.net

DATE: August 22, 2013          BY: ___/s/Todd F. Stevens_____
                                    Todd F. Stevens
                                    Attorney for Defendant Midland
                                    Email: tstevens@keenlaw.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David Cotter, counsel for Defendant LEGAL RECOVERY LAW OFFICES, INC. and Todd F. Stevens, counsel for Defendant MIDLAND FUNDING, LLC, and MIDLAND CREDIT MANAGEMENT, INC., and that I have obtained their authorization to affix their electronic signatures to this document.


DATE: August 22, 2013          BY: ___/s/ Jeremy S. Golden_____
                                    Jeremy S. Golden,
                                    Attorney for Plaintiff Victor DeGuzman
                                    Email: Jeremy@goldencardona.com