UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DEGUZMAN, an individual, | Case No.: 12CV2064-JM-DHB |
| Plaintiff | **Order for Dismissal** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC., a Corporation; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

Pursuant to the parties stipulation the entire action is dismissed with prejudice. Each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: August 26, 2013          BY: _____
                                    UNITED STATES DISTRICT JUDGE